JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEONI D. JOHNSON,<br><br>           Petitioner,<br><br>    vs.<br><br>E. VALENZUELA, Warden,<br><br>           Respondent. | Case No. CV 13-0510-ABC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 27, 2014

                                      AUDREY B. COLLINS
                                      UNITED STATES DISTRICT JUDGE